(No. 1739— )

WARREN E. MOORE, Claimant, vs. STATE OF ILLINOIS, Respondent.

*Opinion filed December 5, 1932.*

*Per Curiam:*

Now on this 6th day of December, A. D. 1932, comes the complainant, Warren E. Moore, with his motion in writing asking the court to dismiss his case.

The court being fully advised in the premises hereby dismisses the above case and grants the motion of the complainant.